UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| EDWARD THOMPSON, | : | Case No. 2:22-cv-682 |
| Plaintiff, | : | |
| vs. | : | District Judge James L. Graham |
| | : | Magistrate Judge Peter B. Silvain, Jr. |
| JAMES SKAGGS, | : | |
| Defendant. | : | |

# ORDER

Pursuant to Federal Rule of Civil Procedure 16, this civil case is set for a preliminary pretrial conference before Judge Peter B. Silvain, Jr., on **November 2, 2023** at **11:00 a.m**. The trial attorney for each party is required to appear and participate in the preliminary pretrial conference with the Court. To participate, the attorneys for the parties shall call: 1-888-363-4735, enter access code 6287286, security code 123456, and wait for the Court to join the conference.

Prior to the preliminary pretrial conference, the parties are **ORDERED** to informally confer in good faith and prepare a report as required by Fed. R. Civ. P. 26(f).[1] The parties' Rule 26(f) report shall be filed with the Court on or before **October 27, 2023**. Unless otherwise agreed to by the parties in their Rule 26(f) report, initial disclosures must be made as required by Rule 26(a)(1). Rule 26(a)(1) initial disclosures must be served upon all parties in the case and should not be filed with the Court unless filed in support of a motion.

---

[1] A form Rule 26(f) Report of the Parties (applicable to the Eastern Division) is accessible on the Court's website at http://www.ohsd.uscourts.gov/ohio-southern-district-forms.

The parties are **ADVISED** that failure to comply with any provision of this Order may result in appropriate sanctions including, but not limited to, dismissal of this action or the entry of a default judgment pursuant Rule 16(f) and Rule 37(b)(2)(A).

**IT IS SO ORDERED.**

October 5, 2023                                                                 *s/Peter B. Silvain, Jr.*
                                                                                                Peter B. Silvain, Jr.
                                                                                                United States Magistrate Judge