# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| EDWARD THOMPSON, | : | Case No. 2:22-cv-682 |
| Plaintiff, | : | |
| vs. | : | District Judge James L. Graham |
| | : | Magistrate Judge Peter B. Silvain, Jr. |
| JAMES SKAGGS, | : | |
| Defendant. | : | |

## ORDER OF REFERENCE

    This case is hereby referred to United States Magistrate Judge Caroline H. Gentry solely for the purposes of conducting a mediation. Magistrate Judge Gentry shall have full authority to conduct the mediation and shall report to District Judge Graham whether or not it has resulted in settlement of this case. The parties request that the settlement conference occur in August 2024. *See* Doc. #35, *PageID* #s 238-39.

    **IT IS SO ORDERED.**

June 5, 2024

*s/Peter B. Silvain, Jr.*
Peter B. Silvain, Jr.
United States Magistrate Judge
ADR Coordinator